**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 2:18-mj-402** |
| | : | **Magistrate Judge King** |
| **v.** | : | |
| | : | |
| **SEAN P. HEISER MULLINS** | : | |


**JOINT MOTION FOR EXTENSION OF TIME DURING WHICH**
**INDICTMENT/INFORMATION MUST BE FILED**


Now come the parties, through their undersigned attorneys, and moves this Court for an order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 1361(b) for 30 days, from September 30, 2021 to October 30, 2021. The parties believe this continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 1361(h)(8).

Counsel continue to discuss a possible resolution to this case short of a trial. A continuance would best serve the interests of justice and the time would be excludable pursuant to 18 U.S.C. § 3161(h)(8). For this reason, the parties request an extension of the time within which an Indictment or Information may be filed in this case to October 30, 2021.

This is a joint request. This motion is filed by the government for the convenience of the parties.

WHEREFORE, the government respectfully requests that the Court grant this joint motion for an extension of time in which an Indictment or Information must be filed.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

s/Timothy D. Prichard
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Tel: (614)469-5715
Fax: (614)469-5653
Tim.Prichard@usdoj.gov

s/Steven S. Nolder
STEVEN S. NOLDER, ESQ.
Counsel for Defendant
Sean P. Heiser Mullins
Snolder9@gmail.com